Juan Manuel OTAVALO–
SALINAS, Petitioner,

v.

Alberto R. GONZALES, U.S. Attorney
General, Respondent.

No. 05–61086
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 18, 2006.

Michael P. Diraimondo, Diraimondo &
Masi, Melville, NY, for Petitioner.

Thomas Ward Hussey, Director, Linda
Susan Wendtland, Edward C. Durant, Al-
berto R. Gonzales, E.M. Trominski, Dis-
trict Director, U.S. Department of Justice
Office of Immigration Litigation, Caryl G.
Thompson, U.S. Immigration & Natural-
ization Service District Directors Office,
Harlingen, TX, Joe A. Aguilar, U.S. Immi-
gration & Naturalization Service District
Directors Office, New Orleans, LA, for
Respondent.

Before JONES, Chief Judge, and
HIGGINBOTHAM and SMITH, Circuit
Judges.

PER CURIAM: *

Juan Manuel Otavalo–Salinas (Otavalo),
a native and citizen of Ecuador, petitions
this court to review the decision of the
Board of Immigration Appeals (BIA) af-
firming the immigration judge's denial of
Otavalo's out-of-time motion to reopen his
deportation proceeding. According to Ota-

valo, the BIA and the immigration judge
(IJ) should have exercised their discretion
to reopen the proceeding despite the fact
that he failed to file the motion on or
before the September 30, 1996, deadline
provided in 8 C.F.R. § 1003.23(b)(1). We
have held that we lack jurisdiction "to
consider whether the [BIA] should have
compelled the [IJ] to reopen a case based
on the IJ's *sua sponte* authority." *See
Enriquez–Alvarado v. Ashcroft*, 371 F.3d
246, 247–50 (5th Cir.2004). Accordingly,
the petition for review is DISMISSED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has
  determined that this opinion should not be
  published and is not precedent except under

the limited circumstances set forth in 5TH CIR.
R. 47.5.4.